# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY S. PARKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-04-1466-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

On September 30, 2005, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended the final decision of the Commissioner of Social Security Administration be reversed and remanded for further administrative proceedings. In the Report and Recommendation, Magistrate Judge Couch advised the parties of their right to object to the Report and Recommendation and that any objection must be filed by October 20, 2005.

To date, no objection has been filed, and no request for extension of time to so object has been filed. With no objection being filed by either party, the court accepts and adopts the Report and Recommendation in all respects.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on September 30, 2005 (docket entry no. 16) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant

2

to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

ENTERED this 21st day of October, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1466p003(pub).wpd